UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| YASIR MEHMOOD,<br><br>                              Plaintiff,<br>v.<br>RYAN GARCIA, et al.,<br><br>                              Defendants. | Case No. 2:15-cv-01995-RCJ-NJK<br><br>ORDER |

Petitioner Yasir Mehmood has filed, *pro se*, a second purported habeas petition that is not on the court-required form (ECF No. 1-1; *see also* Case No. 2:15-cv-01847-MMD-VCF). In his petition, Mehmood identified his place of incarceration as the Nevada Southern Detention Center, a facility that houses federal detainees and convicts. *Id*. He has since notified the court that he is now housed in the Sacramento County Main Jail, Sacramento, California (ECF No. 4.).

The Court has reviewed Mehmood's petition pursuant to 28 U.S.C. § 2243. Mehmood's claims arise from a federal criminal case pending against him in the Eastern District of California (ECF No. 1-1, p. 1). In fact, he is currently in custody awaiting trial on those charges. *Id*. Mehmood mainly sets forth numerous Fourth Amendment claims. *See, generally, id*. This court is not the proper forum for such an action because Mehmood is currently incarcerated in California and wants relief from federal

criminal proceedings in California.[1]  *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973); *Dunne v. Henman*, 875 F.2d 244 (9th Cir. 1989).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED**.  The petitioner is **DENIED** a certificate of appealability.

**IT IS FURTHER ORDERED** that petitioner's three applications to proceed *in forma pauperis* (ECF Nos. 1, 2, 3) are all **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of the court shall enter judgment accordingly and close this case.

DATED:  December 3, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

---

[1] Moreover, while Mehmood has named myriad defendants, including numerous judges, marshals, and postal inspectors, he has not named a custodial defendant.